No. 01–9382. McCLENDON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–9383. LEWAL v. WILEY ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–9385. ANDERSON v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 01–9387. BROWN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–9389. PRIESTER, AKA THOMAS v. SABOURIN, SUPERINTENDENT, BARE HILL CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–9391. TRICE v. HALL, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 01–9393. McDOWELL v. CORNELL CORRECTIONS ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–9395. BROWN v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 01–9396. RAUSO v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 01–9397. SUMMEROUR v. SIKES, WARDEN. Super. Ct. Tattnall County, Ga. Certiorari denied.

No. 01–9402. FERGUSON v. McGINNIS, SUPERINTENDENT, DOWNSTATE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–9404. EVANS v. EVANS. Sup. Ct. Ohio. Certiorari denied.

No. 01–9405. CRENSHAW v. KELLER GRADUATE SCHOOL OF MANAGEMENT, INC., ET AL. C. A. 11th Cir. Certiorari denied.